UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD WILLIAM NEICE                                        PLAINTIFF

v.                             No. 2:24-cv-2027

CITY OF VAN BUREN, ARKANSAS                               DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 10) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends, on preservice screening under 28 U.S.C. § 1915A, that the Court dismiss this case without prejudice for failure to prosecute because Plaintiff failed to file a complete *in forma pauperis* application or filing fee, and failed to file a second amended complaint as previously directed by court order. The deadline to object to the Magistrate Judge's report and recommendation has passed, with no objections having been filed. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of April, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE